1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    GREGORIO LEON-TAPIA

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,        )
12                                   )   CR.S-09-005-FCD
                    Plaintiff,       )
13                                   )   **STIPULATION AND ORDER**
            v.                       )
14                                   )   DATE: February 17, 2009
    GREGORIO LEON-TAPIA,             )   TIME: 10:00 a.m.
15                                   )   JUDGE: Hon. Frank C. Damrell, Jr.
                    Defendant.       )
16                                   )
    _____ )
17

18      It is hereby stipulated and agreed to between the United States of

19   America through DANIEL MCCONKIE, Assistant U.S. Attorney, and

20   defendant, GREGORIO LEON-TAPIA by and through his counsel, BENJAMIN

21   GALLOWAY, Assistant Federal Defender, that the status conference set

22   for Tuesday, February 17, 2009 be continued to Monday, March 9, 2009 at

23   10:00 a.m..

24      The reason for this continuance is to allow defense counsel

25   additional time to review discovery with the defendant, to examine

26   possible defenses and to continue investigating the facts of the case.

27      Speedy trial time is to be excluded from the date of this order

28   through the date of the status conference set for March 9, 2009

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

2  prepare] (Local Code T4).

3

4  DATED: February 11, 2009      Respectfully submitted,
                                 DANIEL J. BRODERICK
5                                Federal Defender

6                                /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
7                                Assistant Federal Defender
                                 Attorney for Defendant
8                                GREGORIO LEON-TAPIA

9

10 DATED: February 11, 2009      LAWRENCE G. BROWN
                                 Acting United States Attorney
11
                                 /s/ Benjamin Galloway for
12                               DANIEL MCCONKIE
                                 Assistant U.S. Attorney
13                               Attorney for Plaintiff

14

15

16                             **O R D E R**

17
       **IT IS SO ORDERED.**  Time is excluded from today's date through and
18
   including March 9, 2009 in the interests of justice pursuant to 18
19
   U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
20
   T4.
21

22

23 DATED: February 11, 2009

                                 _____
24                               FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE
25

26

27

28

                               **2**