DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
GREGORIO LEON-TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )    CR.S. 09-005-FCD
            Plaintiff,             )
                                   )    **STIPULATION AND ORDER**
       v.                          )
                                   )    DATE: March 9, 2009
GREGORIO LEON-TAPIA,               )    TIME: 10:00 a.m.
                                   )    JUDGE: Hon. Frank C. Damrell, Jr.
            Defendant.             )
                                   )
_____    )

    It is hereby stipulated and agreed to between the United States of

America through DANIEL MCCONKIE, Assistant U.S. Attorney, and

defendant, GREGORIO LEON-TAPIA by and through his counsel, BENJAMIN

GALLOWAY, Assistant Federal Defender, that the status conference set

for Monday, March 9, 2009 be continued to Monday, April 6, 2009 at

10:00 a.m.

    The reason for this continuance is to allow defense counsel

additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for April 6, 2009

```
 1   pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
 2   prepare] (Local Code T4).

 3

 4   DATED: March 6, 2009          Respectfully submitted,
                                   DANIEL J. BRODERICK
 5                                 Federal Defender

 6                                 /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
 7                                 Assistant Federal Defender
                                   Attorney for Defendant
 8                                 GREGORIO LEON-TAPIA

 9

10   DATED: March 6, 2009          LAWRENCE G. BROWN
                                   Acting United States Attorney
11
                                   /s/ Benjamin Galloway for
12                                 DANIEL MCCONKIE
                                   Assistant U.S. Attorney
13                                 Attorney for Plaintiff

14

15

16                              O R D E R
17
        IT IS SO ORDERED.  Time is excluded from today's date through and
18
     including April 6, 2009 in the interests of justice pursuant to 18
19
     U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
20
     T4.
21
```

22

DATED: March 6, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE