```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
GREGORIO LEON-TAPIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> GREGORIO LEON-TAPIA,          )<br>                              )<br>            Defendant.        )<br> _____) | CR.S-09-0005 FCD<br><br>**STIPULATION AND ORDER**<br><br>DATE: April 6, 2009<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, GREGORIO LEON-TAPIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, April 6, 2009 be continued to Monday, April 20, 2009 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 20, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 31, 2009        Respectfully submitted,
                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             GREGORIO LEON-TAPIA


DATED: March 31, 2009        LAWRENCE G. BROWN
                             Acting United States Attorney

                             /s/ Benjamin Galloway for
                             MICHAEL ANDERSON
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 20, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: March 31, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE